IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMEEL DEQUAN WALSTON, | : | Civil No. 3:22-cv-1782 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| PIKE COUNTY CORRECTIONAL FACILITY, *et al.*, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 14th day of April, 2023, upon consideration of Defendants' motion (Doc. 14) to dismiss, and the parties' respective briefs in support of and in opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 14) is **GRANTED**. The complaint is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge